35 So.2d 736

In re Liquidation of HIBERNIA BANK & TRUST CO. on Opposition of Harry W. Belfor.

No. 38901.

April 26, 1948.

Rehearing Denied June 1, 1948.

Harry W. Belfor, in pro. per.

Dufour, St. Paul & Levy and Montgomery, Fenner & Brown, all of New Orleans, for appellee.

HAMITER, Justice.

For the reasons assigned in, 213 La. 790, 35 So.2d 733, the motion to dismiss the appeal is sustained, and the appeal is dismissed at appellant's costs.

35 So.2d 736

In re Liquidation of HIBERNIA BANK & TRUST CO., on Opposition of Harry W. Belfor.

No. 38902.

April 26, 1948.

Rehearing Denied June 1, 1948.

Harry W. Belfor, in pro. per.

Ellis, Ellis & Lancaster, Milling, Godchaux, Saal & Milling, and M. Truman Woodward, Jr., all of New Orleans, amici curiae.

Montgomery, Fenner & Brown, Dufour, St. Paul & Levy and John St. Paul, Jr., all of New Orleans, for defendants-appellees.

HAMITER, Justice.

For the reasons assigned in, 213 La. 790, 35 So.2d 733, the motion to dismiss the appeal is sustained, and the appeal is dismissed at appellant's costs.